GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

BARBARA A. PETRUS          3238-0
SIEU K. CHE                8334-0

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
HOLO HOLO CHARTERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALIKA M. PARKS,<br><br>        Plaintiff,<br><br>    vs.<br><br>HOLO HOLO CHARTERS, INC.,<br><br>        Defendant. | CIVIL NO. 07 00108 DAE KSC<br><br>FINDINGS & RECOMMENDATION TO DISMISS WITHOUT PREJUDICE AND ORDER GRANTING DEFENDANT HOLO HOLO CHARTERS, INC.'S MOTION FOR SANCTIONS; DECLARATION OF COUNSEL; EXHIBIT A<br><br>Date:   March 14, 2008<br>Time:   9:30 a.m.<br>Judge:  Hon. Kevin S.C. Chang<br><br>Trial:  June 10, 2008<br>Judge:  Hon. David A. Ezra |

### FINDINGS & RECOMMENDATION TO DISMISS WITHOUT PREJUDICE AND ORDER GRANTING DEFENDANT HOLO HOLO CHARTERS, INC.'S MOTION FOR SANCTIONS

Defendant Holo Holo Charters, Inc.'s Motion for Sanctions, having come on for hearing on March 14, 2008, before the Honorable Kevin S.C. Chang, Magistrate Judge, Sieu K. Che, counsel for Defendant HOLO HOLO CHARTERS, INC., and Plaintiff ALIKA M. PARKS failing to appear, the Court having heard the arguments of counsel, having reviewed and considered the submissions of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, that:

Defendant's request for monetary sanctions in the amount of one-thousand five-hundred and sixty-eight dollars and fifty-six cents ($1,568.56), as provided in the Declaration of Counsel, to be imposed upon Plaintiff pursuant to Federal Rules of Civil Procedure 37(d) is granted.

IT IS FOUND AND RECOMMENDED, that as to Defendant's request for sanctions to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 37(b)(2)(C), this case be dismissed without prejudice.

IT IS SO ORDERED, AND SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, March 20, 2008.




**K**evin S.C. Chang, United States Magistate Judge

APPROVED AS TO FORM:

_____
ALIKA M. PARKS
Plaintiff Pro Se

3